UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 09-3779-BROWN

UNITED STATES OF AMERICA,
        Plaintiff,

vs.

TROY SAMPSON,
        Defendant.
_____/

### ORDER GRANTING MOTION FOR TRAVEL EXPENSES

THIS MATTER comes before the court upon Defendant's Motion for Travel Expenses For Indigent Defendant from Miami, Florida to Kansas City, Missouri for his initial appearance before the United States District Court, Western District of Missouri on February 4, 2010 at 10:30am. After careful consideration, it is

ORDERED AND ADJUDGED that the cost of transportation from Miami, Florida to Kansas City, Missouri for Troy Sampson shall be borne by the Office of the United States Marshals pursuant to 18 U.S.C. § 4285, as the defendant has been declared indigent.

DONE AND ORDERED in Miami, FL this  29th  day of January, 2010.

                                              s/Stephen T. Brown
                                              STEPHEN T. BROWN
                                              UNITED STATES MAGISTRATE JUDGE (CHIEF)

Copies furnished to:
U.S. Marshals (2 certified copies)
Eric Hernandez, AUSA
Celeste S. Higgins, AFPD